**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ELLIOTT ELECTRIC SUPPLY, INC.**                                   **PLAINTIFF**

v.                          **CASE NO. 3:12CV00146 BSM**

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                            **DEFENDANTS**

**EMPLOYERS MUTUAL CASUALTY CO.**                                   **CROSS-CLAIMANT**

v.

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                            **CROSS-DEFENDANT**

**EMPLOYERS MUTUAL CASUALTY CO.**                                   **THIRD PARTY PLAINTIFF**

v.

**LAWRENCE DEAN WALLACE et al.**                                    **THIRD PARTY DEFENDANTS**

**ORDER**

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 58], plaintiff Elliott Electric Supply, Inc.'s ("Elliot Electric") complaint [Doc. No. 1] and amended complaint [Doc. No. 44] against defendants Employers Mutual Casualty Company ("EMCC"), W.G. Yates & Sons Construction Company, Fidelity & Deposit Company of Maryland, and Travelers Casualty and Surety Company of America are dismissed with prejudice. Each party will bear its own costs and attorney's fees.

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 58], Elliott Electric's complaint [Doc. No. 1] and amended complaint [Doc. No. 44] against defendant LRE/Royal

Electric, LLC are dismissed without prejudice. Each party will bear its own costs and attorney's fees.

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 58], EMCC's cross-claim and third party complaint [Doc. No. 14] shall remain pending for trial.

IT IS SO ORDERED this 30th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE