# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ELLIOTT ELECTRIC SUPPLY, INC.**                                    **PLAINTIFF**

**v.**                           **CASE NO. 3:12CV00146 BSM**

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                             **DEFENDANTS**

**EMPLOYERS MUTUAL CASUALTY CO.**                                    **CROSS-CLAIMANT**

**v.**

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                             **CROSS-DEFENDANT**

**EMPLOYERS MUTUAL CASUALTY CO.**                                    **THIRD PARTY PLAINTIFF**

**v.**

**LAWRENCE DEAN WALLACE et al.**                                     **THIRD PARTY DEFENDANTS**

## ORDER

Defendant LRE/Royal Electric, LLC has filed a petition under Chapter 7 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 362, the clerk is hereby directed to stay this case pending resolution of the bankruptcy proceeding.

IT IS SO ORDERED this 14th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE