**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| **ELLIOTT ELECTRIC SUPPLY, INC.** | **PLAINTIFF** |
| v.  CASE NO. 3:12CV00146 BSM | |
| **LRE/ROYAL ELECTRIC, LLC**<br>d/b/a LRE Royal Electric, LLC et al. | **DEFENDANTS** |
| **EMPLOYERS MUTUAL CASUALTY CO.** | **CROSS-CLAIMANT** |
| v. | |
| **LRE/ROYAL ELECTRIC, LLC**<br>d/b/a LRE Royal Electric, LLC et al. | **CROSS-DEFENDANT** |
| **EMPLOYERS MUTUAL CASUALTY CO.** | **THIRD PARTY PLAINTIFF** |
| v. | |
| **LAWRENCE DEAN WALLACE et al.** | **THIRD PARTY DEFENDANTS** |

**AMENDED ORDER**

The June 14, 2013, order [Doc. No. 61] staying the case due to defendant LRE/Royal Electric, LLC's bankruptcy is amended to reflect that the case is stayed only as to LRE/Royal Electric, LLC. The remaining parties may proceed according to the scheduling order [Doc. No. 40].

IT IS SO ORDERED this 17th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE