# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ELLIOTT ELECTRIC SUPPLY, INC.**                                   **PLAINTIFF**

v.                                **CASE NO. 3:12CV00146 BSM**

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                            **DEFENDANTS**

**EMPLOYERS MUTUAL CASUALTY CO.**                                   **CROSS-CLAIMANT**

v.

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                            **CROSS-DEFENDANT**

**EMPLOYERS MUTUAL CASUALTY CO.**                                   **THIRD PARTY PLAINTIFF**

v.

**LAWRENCE DEAN WALLACE et al.**                                    **THIRD PARTY DEFENDANTS**

## ORDER

Third-party Defendant George E. Smith has filed a petition under Chapter 7 of the United States Bankruptcy Code. *See* [Doc. No. 63]. Pursuant to 11 U.S.C. § 362, the clerk is hereby directed to stay this case as to George Smith pending resolution of the bankruptcy proceeding. The remaining parties may proceed according to the scheduling order [Doc. No. 40].

IT IS SO ORDERED this 24th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE