## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ELLIOTT ELECTRIC SUPPLY, INC.**                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:12CV00146 BSM**

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                          **DEFENDANTS**

**EMPLOYERS MUTUAL CASUALTY CO.**                        **CROSS-CLAIMANT**

**v.**

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                     **CROSS-DEFENDANT**

**EMPLOYERS MUTUAL CASUALTY CO.**        **THIRD PARTY PLAINTIFF**

**v.**

**LAWRENCE DEAN WALLACE et al.**        **THIRD PARTY DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 69], third-party plaintiff Employers Mutual Casualty Company's ("EMCC") complaint [Doc. No. 14] and amended complaint [Doc. No. 47] against third-party defendants Willie D. Godwin, Brenda J. Godwin, Lawrence Dean Wallace, and Marilyn K. Wallace are dismissed. EMCC's claim to be indemnified for the amount it paid to plaintiff Elliot Electric Supply, Inc. pursuant to its payment bond, is dismissed with prejudice. All of EMCC's remaining claims against Willie D. Godwin, Brenda J. Godwin, Lawrence Dean Wallace, and Marilyn K. Wallace, are dismissed without prejudice. Each party will bear its own costs and attorney's fees.

The remaining parties may proceed according to the scheduling order [Doc. No. 40].

IT IS SO ORDERED this 12th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE