**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **ELLIOTT ELECTRIC SUPPLY, INC.** | **PLAINTIFF** |
| v.                 CASE NO. 3:12CV00146 BSM | |
| **LRE/ROYAL ELECTRIC, LLC**<br>**d/b/a LRE Royal Electric, LLC et al.** | **DEFENDANTS** |
| **EMPLOYERS MUTUAL CASUALTY CO.** | **CROSS-CLAIMANT** |
| v. | |
| **LRE/ROYAL ELECTRIC, LLC**<br>**d/b/a LRE Royal Electric, LLC et al.** | **CROSS-DEFENDANT** |
| **EMPLOYERS MUTUAL CASUALTY CO.** | **THIRD PARTY PLAINTIFF** |
| v. | |
| **GEORGE E. SMITH et al.** | **THIRD PARTY DEFENDANTS** |

### ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 71], third-party plaintiff Employers Mutual Casualty Company's complaint [Doc. No. 14] and amended complaint [Doc. No. 47] against third-party defendants George E. Smith, Mike D. Smith, Randy C. Smith, Mandie Blake Smith, Randy C. Smith Revocable Stock Trust, Marty L. Warner, Stephanie Ann Warner, and Stephanie Ann Warner Revocable Stock Trust are dismissed without prejudice.  Each party will bear its own costs and attorney's fees.

The remaining parties may proceed according to the scheduling order [Doc. No. 40].

IT IS SO ORDERED this 17th day of October 2013.

_____
UNITED STATES DISTRICT JUDGE