# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ELLIOTT ELECTRIC SUPPLY, INC.**                                              **PLAINTIFF**

v.                              **CASE NO. 3:12CV00146 BSM**

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                                       **DEFENDANTS**

**EMPLOYERS MUTUAL CASUALTY CO.**                                  **CROSS-CLAIMANT**

v.

**LRE/ROYAL ELECTRIC, LLC**
**d/b/a LRE Royal Electric, LLC et al.**                                  **CROSS-DEFENDANT**

**EMPLOYERS MUTUAL CASUALTY CO.**                              **THIRD PARTY PLAINTIFF**

v.

**GEORGE E. SMITH et al.**                                              **THIRD PARTY DEFENDANTS**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 73], the cross-claim filed by Employers Mutual Casualty Company [Doc. No. 14] is hereby dismissed without prejudice. Each party will bear its own costs and attorney's fees.

IT IS SO ORDERED this 4th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE