IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ELLIOTT ELECTRIC SUPPLY, INC.**                                        **PLAINTIFF**

**v.**                           **CASE NO. 3:12CV00146 BSM**

**LRE/ROYAL ELECTRIC, LLC**
d/b/a LRE Royal Electric, LLC et al.                           **DEFENDANTS**

**EMPLOYERS MUTUAL CASUALTY CO.**                     **CROSS-CLAIMANT**

**v.**

**LRE/ROYAL ELECTRIC, LLC**
d/b/a LRE Royal Electric, LLC et al.                        **CROSS-DEFENDANT**

**EMPLOYERS MUTUAL CASUALTY CO.**                 **THIRD PARTY PLAINTIFF**

**v.**

**GEORGE E. SMITH et al.**                                **THIRD PARTY DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed.

IT IS SO ORDERED this 4th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE